THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD BRANCH, Appellant, against HERMAN J. RUTHAZER, as Warden of City Prison, Respondent.

Argued April 12, 1951; decided May 24, 1951.

*Harvey B. Nachman, John R. Sanders* and *Carson DeWitt Baker* for appellant.

*Frank S. Hogan, District Attorney* (*Peyton H. Moss* and *Richard G. Denzer* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.